IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

THE UNITED STATES OF AMERICA

vs.   CASE. NO.: 3:9CR000173–35(PG)

CARLOS OMAR TORRES-PAGAN

* * * * * * * * * * * * * * * * * * * * * * * * * *

**INFORMATIVE MOTION NOTIFYING VIOLATIONS OF SUPERVISED RELEASE CONDITIONS**

**TO THE HONORABLE JUAN M. PEREZ-GIMENEZ, U.S. DISTRICT JUDGE
DISTRICT OF PUERTO RICO:**

**COMES NOW, Gabriel Feliciano, U.S. Probation Officer of this Honorable Court**, presenting an official report upon the conduct and attitude of supervisee, Carlos O. Torres-Pagan who on January 20, 2012, pleaded guilty of violating 21 U.S.C. §§ 846, 841(a)(1)(B) and 860, Conspiracy to possess with intent to distribute at least five hundred (500) grams but less than two (2) kilograms of cocaine in a protected location. He was sentenced to an imprisonment term of sixty (60) months followed by a supervised release term of eight (8) years. Mr. Torres-Pagan commenced the imposed release term on November 18, 2014.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AS FOLLOWS:**

**VIOLATION OF STATUTORY SUPERVISED RELEASE CONDITION - "THE DEFENDANT SHALL NOT COMMIT ANOTHER FEDERAL STATE OR LOCAL CRIME."**

On or about May 17, 2016, Mr. Torres-Pagan was charged in violation of the Commonwealth of Puerto Rico, for False Vehicle Registration and documents, DVP 2016-2031-33, DPD 2016-M-D016 and DLE 2016-M-0060. On said date Mr. Torres-Pagan was detained during a traffic stop. According to the local police, he was in company of Mr. David Diaz-Colon a co-defendant in the instant offense. He was then placed under arrest. Mr. Torres-Pagan

2

was subsequently released on bond and is awaiting a date for the preliminary hearing. .

**STANDARD CONDITION**- "**THE DEFENDANT SHALL NOT ASSOCIATE WITH ANY PERSONS ENGAGED IN CRIMINAL ACTIVITY AND SHALL NOT ASSOCIATE WITH ANY PERSON CONVICTED OF A FELONY, UNLESS GRANTED PERMISSION TO DO SO BY THE PROBATION OFFICER.**"

Mr. Torres-Pagan was in company of co-defendant Mr. David Diaz-Colon.

WHEREFORE, I declare under a penalty of perjury that the foregoing is true and correct. In view of the nature of the above mentioned supervised release violations, it is respectfully requested that Mr. Torres-Pagan be allowed to remain under supervised release with our office pending the outcome of the preliminary hearing. It is respectfully requested that Mr. Torres-Pagan be admonished for failure to comply with his conditions of supervised release. If further violations are identified the Court will be immediately notified for further action.

In San Juan, Puerto Rico, this 13th day of July 2016.

.  Respectfully submitted, EUSTAQUIO BABILONIA,
CHIEF U.S. PROBATION OFFICER

s/Gabriel Felicianooza
U.S. Probation Officer Federal Office Building Office 400
150 Carlos Chardón Avenue
San Juan, PR 00918-1741
Telephone: (787) 281-1516
Fax: (787) 766-59458
E-mail: gabriel_feliciano@prp.uscourts.gov

# CERTIFICATE OF SERVICE

I HEREBY certify that on July 13, 2016, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the parties involved in this case.

In San Juan, Puerto Rico, this 13th day of July 2016.

<pre>
    s/Gabriel Felicianooza
    U.S. Probation Officer
    Federal Office Building Office 400
    150 Carlos Chardón Avenue
    San Juan, PR 00918-1741
    Telephone: (787) 281-1516
   Fax: (787) 766-59458
    E-mail: gabriel_feliciano@prp.uscourts.gov
</pre>