# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| Plaintiff, | * |
| | * |
| v. | *   CRIMINAL NO. 09-173 (PG) |
| | * |
| JOSE ALAMO RODRIGUEZ, | * |
| Defendant. | * |
| _____ | * |

## MOTION TO WITHDRAW AS COUNSEL FOR ALAMO AND REQUEST FOR REMOVAL FROM THE CM/ECF NOTICE MODULE

TO THE HONORABLE JUAN A. PEREZ GIMENEZ,
JUDGE OF THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO.

**COMES NOW** the undersigned attorney certifying that all proceedings for the above-named defendant have terminated. Counsel moves to withdraw and requests an order to be removed from the CM/ECF Notice Module for this case.

RESPECTFULLY REQUESTED.

In San Juan, Puerto Rico this 29th day of July, 2016.

*S/ Laura Maldonado Rodriguez*
LAURA MALDONADO RODRIGUEZ
USDC-PR 205701
lmr7771@aol.com
P. O. BOX 11533
SAN JUAN, P. R. 00922-1533
T. 787-413-7771
F. 787-281-8606

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that this MOTION was filed through the CM/ECF system. The attorneys for the parties are designated as the parties to be notified through the system.

In San Juan, Puerto Rico this 29th day of July, 2016.

*S/ Laura Maldonado Rodriguez*
LAURA MALDONADO RODRIGUEZ
USDC-PR 205701
lmr7771@aol.com
P. O. BOX 11533
SAN JUAN, P. R. 00922-1533
T. 787-413-7771
F. 787-281-8606