## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

**UNITED STATES OF AMERICA**

**vs.**                                     Case No. 3:09CR00173-35 (PG)

**CARLOS OMAR TORRES PAGAN**

### SUPPLEMENTAL TO MOTION FILED ON JULY 13, 2016 [DOCKET 3739]

TO THE HONORABLE JUAN M. PEREZ GIMENEZ, SENIOR
UNITED STATES DISTRICT JUDGE
DISTRICT OF PUERTO RICO

**COMES NOW, MARIA DE LOS A. ROSADO CARRION, U.S. TASK FORCE PROBATION OFFICER of this Court,** presenting an official report on the conduct and attitude of Mr. Carlos O. Torres Pagan. On July 13, 2016, an informative motion notifying violations of supervised release conditions was filed. On September 21, 2016, Your Honor noted the motion and ordered the defendant to remain under supervised release pending the outcome of the preliminary hearing and forewarned the defendant, that any other violation, if notified to the Court, to the conditions of supervised release may be revoked, and warrant for his arrest shall be issued.

Mr. Torres-Pagan continues on bond at the local level (in the felony charges) and is also awaiting trial in the following cases:

1. DPD2016G0032 (felony), (Law 8, Art. 15 3rd Degree)

2. DST2016G0043-44 (felony), (2 charges) for Violation to Art. 215 of PR Penal Code (2012),

3. DPD2016M0016 (misdemeanor), Violation to Article 21, Law 8 (Vehicle Law)

4. DPDLE2016M0060 (misdemeanor), Violation to Article 3.23 Law 22 (Transit Law).

On May 10, 2017, Mr. Torres yielded positive to Oxymorphone. He verbally admitted having taking a medication prescribed for his consensual partner, a violation to statutory condition: *"The*

*defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the Court."* and Standard Condition 7: *"The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician."* Mr. Torres was enrolled in the Random Drug Testing Program and referred to outpatient treatment. He has yielded negative to all subsequent drug tests and is undergoing treatment.

I declare under penalty of perjury that the foregoing is true and correct.

**WHEREFORE**, we respectfully inform the Court the status of Mr. Torres' pending cases at the local level and will periodically continue reporting said status, unless the Honorable Court rules otherwise.

In San Juan, Puerto Rico, this 17th day of October, 2017.

RESPECTFULLY SUBMITTED,

EUSTAQUIO BABILONIA,
CHIEF, U.S. PROBATION OFFICER

*s/ María de Los A. Rosado Carrión*
María de Los A. Rosado Carrión, Task Force
U.S. Probation Officer
United States Probation Office
Federico Degetau Federal Office Building
150 Chardón Avenue, Rm. 400
San Juan, P.R. 00918
Telephone: (787) 399-4997
E-mail: maria_rosado@prp.uscourts.gov

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that today, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the parties in this case.

In San Juan, Puerto Rico, this 17th day of October, 2017.

*s/ María de Los A. Rosado Carrión*
María de Los A. Rosado Carrión, Task Force
U.S. Probation Officer
United States Probation Office
Federico Degetau Federal Office
Building 150 Chardón Avenue, Rm. 400
San Juan, P.R. 00918
Telephone: (787) 399-4997
E-mail: maria_rosado@prp.uscourts.gov