IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA

vs.                                    CASE NO. 09-173-035 (PG)

CARLOS TORRES PAGAN

MOTION NOTIFYING ADDITIONAL VIOLATIONS OF SUPERVISED RELEASE TERM, REQUESTING THE ISSUANCE OF AN ARREST WARRANT AND ORDER TO SHOW CAUSE

TO THE HONORABLE JUAN PEREZ-GIMENEZ, SENIOR
UNITED STATES DISTRICT JUDGE
DISTRICT OF PUERTO RICO

**COMES NOW, ANGEL L. MEAUX-PEREDA, SENIOR U.S. PROBATION OFFICER of this Court,** informing as follows:

On July 13, 2016, a motion informing violations of supervised was filed [Dkt. 3749]. In said motion the Court was informed that Mr. Torres had been charged with various violations to state laws. Then, on October 17, 2017, a supplemental motion informing the status of Mr. Torres' cases was filed [Dkt. 3943]. On November 29, 2017, Your Honor noted and granted the motion as filed [Dkt. 3947].

Mr. Torres-Pagan has incurred in additional violations to the supervised release term:

**1. MANDATORY CONDITION- "THE DEFENDANT SHALL NOT COMMIT ANOTHER FEDERAL, STATE OR LOCAL CRIME."**

**2. MANDATORY CONDITION- "THE DEFENDANT SHALL NOT POSSESS A FIREARM, AMMUNITION, DESTRUCTIVE DEVICE, OR ANY OTHER DANGEROUS WEAPON."**

**3. STANDARD CONDITION 9-** "THE DEFENDANT SHALL NOT ASSOCIATE WITH ANY PERSONS ENGAGED IN CRIMINAL ACTIVITY AND SHALL NOT ASSOCIATE WITH ANY PERSON CONVICTED OF A FELONY, UNLESS GRANTED PERMISSION TO DO SO BY THE PROBATION OFFICER"

**4. STANDARD CONDITION 11-** "THE DEFENDANT SHALL NOTIFY THE PROBATION OFFICER WITHIN SEVENTY-TWO HOURS OF BEING ARRESTED OR QUESTIONED BY A LAW ENFORCEMENT OFFICER."

**5. SPECIAL CONDITION -** "THE DEFENDANT SHALL SUBMIT TO PSYCHIATRIC AND/OR PSYCHOLOGICAL EVALUATION TO DETERMINE IF TREATMENT IS REQUIRED, AND IF SO, ENGAGE IN SUCH TREATMENT AS ARRANGED AND APPROVED BY THE U.S. PROBATION OFFICE UNTIL DULY DISCHARGED BY AUTHORIZED PROGRAM PERSONNEL WITH THE APPROVAL OF THE U.S. PROBATION."

On July 3, 2018, Mr. Torres-Pagan was arrested by PRPD officers and was charged with violations to the Puerto Rico Weapons Law 404 Art. 6.01 and 5.04 (2 charges). Preliminary hearing is set for July 25, 2018. As verified, he was released on bail. As of the filing of this motion Mr. Torres-Pagan has not contacted this officer.

Mr. Torres has failed to comply with outpatient treatment on February 14, April 12, June 28, 29, July 3, 2018.

I declare under penalty of perjury that the foregoing is true and correct.

**WHEREFORE**, in view of the aforementioned and unless otherwise ruled, it is respectfully requested that a warrant for Mr. Torres- Pagan's arrest be issued, so that he may

be brought before this Honorable Court to show cause why his supervision term should not be revoked.

In San Juan, Puerto Rico, this 5th day of July 2018.

RESPECTFULLY SUBMITTED,

EUSTAQUIO BABILONIA, CHIEF
U.S. PROBATION OFFICER

*S/ Angel L. Meaux Pereda*
Angel L. Meaux-Pereda
U.S. Probation Officer
Federal Office Building Room 400
150 Chardon Avenue
San Juan, P.R. 00918-1741
Tel. 787-281-1525
Fax 787-766-5945
E-mail: angel_meaux@prp.uscourts.gov

## CERTIFICATE OF SERVICE

I HEREBY certify that on July 5, 2018, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system, and notification of such filling will be sent to the parties involved via email.

In San Juan, Puerto Rico, this 5th day of July 2018.

EUSTAQUIO BABILONIA, CHIEF
U.S. PROBATION OFFICER

*S/ Angel L. Meaux Pereda*
Angel L. Meaux-Pereda
U.S. Probation Officer
Federal Office Building Room 400
150 Chardon Avenue
San Juan, P.R. 00918-1741
Tel. 787-766-5836

Fax. 787-766-5945  
E-mail: angel_meaux@prp.uscourts.gov