IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA

    vs.                           CASE NO. 09-173-035 (PG)

CARLOS TORRES PAGAN

**SUPPLEMENTAL MOTION:  NOTIFYING THE FILING OF NEW FEDERAL CRIMINAL INDICTMENT AND REQUESTING THAT SAME BE TAKEN INTO CONSIDERATION AS PART OF THE ORDER TO SHOW CAUSE**

**TO THE HONORABLE JUAN PEREZ-GIMENEZ, SENIOR
UNITED STATES DISTRICT JUDGE
DISTRICT OF PUERTO RICO**

      **COMES NOW, ANGEL L. MEAUX-PEREDA, SENIOR U.S. PROBATION OFFICER of this Court,** informing as follows:

On July 5, 2018, this officer filed a motion notifying violations of supervised release and requesting an arrest warrant [Dkt. 3980]. On July 9, 2018, Your Honor granted our request [Dkt. 3981].

Mr. Torres-Pagan has violated additional violations of his supervised release term:

**1) MANDATORY CONDITION- "THE DEFENDANT SHALL NOT COMMIT ANOTHER FEDERAL, STATE OR LOCAL CRIME."**

**2) STANDARD CONDITION 9- "THE DEFENDANT SHALL NOT ASSOCIATE WITH ANY PERSONS ENGAGED IN CRIMINAL ACTIVITY AND SHALL NOT ASSOCIATE WITH ANY PERSON CONVICTED OF A FELONY, UNLESS GRANTED PERMISSION TO DO SO BY THE PROBATION OFFICER".**

**3)  MANDATORY CONDITION- "THE DEFENDANT SHALL NOT POSSESS A FIREARM, AMMUNITION, DESTRUCTIVE DEVICE, OR ANY OTHER DANGEROUS WEAPON."**

On July 3, 2018, Mr. Torres-Pagan was charged for violation to Title 18 U.S.C. Section 922(g)(1)(a): Prohibited Person in Possession of Firearm: Convicted Felon under criminal number 18-432-002 (CCC).

I declare under penalty of perjury that the foregoing is true and correct.

**WHEREFORE**, in view of the aforementioned, it is respectfully requested that the above-mentioned violations be included as part of the show cause hearing.

In San Juan, Puerto Rico, this 12th day of July 2018.

RESPECTFULLY SUBMITTED,

EUSTAQUIO BABILONIA, CHIEF
U.S. PROBATION OFFICER

*S/ Angel L. Meaux Pereda*
Angel L. Meaux-Pereda
U.S. Probation Officer
Federal Office Building Room 400
150 Chardon Avenue
San Juan, P.R. 00918-1741
Tel. 787-281-1525
Fax 787-766-5945
E-mail: angel_meaux@prp.uscourts.gov

## CERTIFICATE OF SERVICE

I HEREBY certify that on July 12, 2018, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system, and notification of such filling will be sent to the parties involved via email.

In San Juan, Puerto Rico, this 12th day of July 2018.

EUSTAQUIO BABILONIA, CHIEF
U.S. PROBATION OFFICER

*S/ Angel L. Meaux Pereda*
Angel L. Meaux-Pereda
U.S. Probation Officer
Federal Office Building Room 400
150 Chardon Avenue
San Juan, P.R. 00918-1741
Tel. 787-766-5836
Fax. 787-766-5945
E-mail: angel_meaux@prp.uscourts.gov