IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>     Plaintiff,<br><br>v.<br><br>CARLOS O. TORRES-PAGÁN (35)<br><br>   Defendant. | Criminal no. 09-173 (PG) |

**MOTION TO CONTINUE**

**TO THE HONORABLE COURT:**

Comes now the defendant, Mr. Torres-Pagán, and respectfully states and prays as follows:

1. This Court has set a hearing for revocation for November 8, 2018. (See Docket Entry #4004).

2. The USPO alleges that amongst the violations of the terms of supervised release, Mr. Torres-Pagán has committed new criminal conduct: possession of a stolen vehicle, and possession of a weapon. (See Docket Entry #3980).

3. According to the Puerto Rico case management system, Mr. Torres-Pagan's possession of a stolen vehicle matter (case number DST2016G-0043) has a status conference set for December 13, 2018 in the Bayamón Court of First Instance.

4. And in the possession of a weapon by a convicted felon (case number 18-432 (CCC)), the parties are engaged in the discovery phase.

5. Since those specific matters are still pending adjudication, it is requested the Court continues the probation violation for a latter date. The undersigned attorney informs that the government has stated that it does not oppose this continuance request.

**WHEREFORE,** it is respectfully requested that this Honorable Court take note of the present matter and continue the hearing scheduled for November 8, 2018.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 30th day of October 2018.

**I HEREBY CERTIFY**, that on this date the present document has been filed electronically and is available for viewing and downloading from the Court's CFM/ECF system by U.S. Attorney's Office.

*s/ Diego H. Alcalá Laboy*
Diego H. Alcalá Laboy
P.O. Box 12247
San Juan, PR 00914
Tel.: (787) 432-4910
USDC-PR No. 300504
dalcala@defensorialegal.com